**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.                                Case No. 8:01-cr-437-T-23TGW

**EDWARD ALVIN BRAYTON,**

    **Defendant.**
_____/

**O R D E R**

      The Defendant is before the court on a petition alleging violations of supervised release. At the Defendant's initial appearance on October 22, 2007, the Defendant stood mute and declined to respond to the court's questions. As reflected in the memorandum from Probation, the Defendant has a history of mental health issues. It furthers appears that on or about March 7, 2007, the Defendant was declared to be incompetent to proceed in a prosecution for DUI pending in the County Court in and for Pasco County, Florida. By order of Judge William G. Sestak, the Defendant was found incompetent to proceed on the basis of a confidential evaluation performed by Richard A. Carpenter, Ph.D. On a further finding that the Defendant did not meet the criteria for commitment to a treating facility in accordance with Florida Statute, the Defendant was released and all proceedings before the court were stayed. The matter was thereafter set for summary review on June 28, 2007. Minutes from the county court reflect the matter was then rescheduled for further review on December 10, 2007.

It appearing that the Defendant may continue to suffer from mental health issues, and is presently under a finding by a state court judge that he is mentally incompetent to proceed, there is reasonable cause to believe that the Defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to proceed in this court as well.  With the concurrence of his counsel and the prosecution, the court hereby orders and directs that a psychiatric examination of the Defendant be conducted and a report be filed with the court in accordance with the provisions of 18 U.S.C. §§ 4241(b) and 4247(b).  Upon receipt of the report, the court will conduct further proceedings in accordance with the law.  Counsel for the Defendant is directed to collect as much of Defendant's mental health record as is available and supply it to the psychiatrist hereafter appointed.

**Done and Ordered** in Tampa, Florida this 25th day of October 2007.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Adelaide Few, Assistant United States Attorney
Alec Hall, Attorney for Defendant