UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.                                                           Case No. 8:01-cr-437-T-23TGW

**EDWARD ALVIN BRAYTON,**

    **Defendant.**
_____/

**O R D E R**

    THIS MATTER was initially before the court on a petition alleging violations of supervised release. Based on the Defendant's behavior at the initial appearance on October 22, 2007, and other matters brought to the attention of the court, a current opinion of incompetency, and the opinion of counsel, the court deemed it appropriate to order a competency evaluation pursuant to 18 U.S.C. § 4241.

    The court hereby appoints, **Dr. Donald Taylor, Jr.**, to conduct an independent psychiatric examination. The court requests Dr. Taylor, Jr., complete the examination and file a report with this court within forty-five (45) days of the date of this Order.

    Upon completion of the examination, Dr. Taylor, Jr., is requested to provide to the court a report detailing the Defendant's history and present symptoms; a description of psychiatric or psychological medical tests employed in the examination; his findings and opinions as to whether or not the Defendant is suffering from a mental disease or defect rendering him mentally incompetent to proceed, in that he is unable to

understand the nature and consequences of the proceedings against him or to assist properly in his defense.

Upon receipt of the report, either party may request a further hearing.

The United States Attorney's Office, 400 North Tampa Street, Suite 3200, Tampa, Florida, 33602, shall be billed directly for all services rendered in accordance with this Order.

**Done and Ordered** in Tampa, Florida this 25th day of October 2007.

_____
THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Honorable Stephen D. Merryday
Adelaide Few, Assistant United States Attorney
Attorney for Defendant
Dr. Donald Taylor, Jr. (via facsimile)