# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| EDWARD ALVIN BRAYTON | Case Number: 8:01-cr-437-T-23TGW |
|  | USM Number: 40166-018 |
|  | Defendant's Attorney: David Secular, afpd |

The defendant admits committing the violations charged in numbered paragraphs six through ten and pleads no contest to the violations charged in numbered paragraphs one through five of the October 12, 2007, petition (Doc. 90). The court adjudicates the defendant GUILTY of the offenses.

| Violation Number | Nature of Violation | Date Violation Ended |
|---|---|---|
| One | New criminal conduct, driving under the influence | 05/15/06 |
| Two | New criminal conduct, driving under the influence | 08/22/07 |
| Three | New criminal conduct, refusal to submit to testing | 08/22/07 |
| Four | New criminal conduct, careless driving | 08/22/07 |
| Five | New criminal conduct, driving with license suspended or revoked with knowledge | 08/22/07 |
| Six | Excessive use of alcohol | 05/15/06 |
| Seven | Excessive use of alcohol | 08/22/07 |
| Eight | Positive urinalysis, marijuana | 05/17/06 |
| Nine | Failure to notify probation officer within 72 hours of arrest or questioning by law enforcement officer | 05/18/06 |
| Ten | Failure to notify probation officer within 72 hours of arrest or questioning by law enforcement officer | 08/25/07 |

The defendant's supervised release is **REVOKED**. The defendant is sentenced as provided in pages <u>two</u> through <u>three</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984 in consideration of the factors specified in 18 U.S.C. § 3553(a), including applicable guidelines and policy statements issued by the United States Sentencing Commission.

The defendant must notify the United States attorney for this district within thirty (30) days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

February 14, 2008
Date of Imposition of Sentence

Steven D. Merryday
UNITED STATES DISTRICT JUDGE

February 14th, 2008
Date

DEFENDANT:     EDWARD ALVIN BRAYTON                    Judgment - Page  2  of  3
CASE NUMBER:   8:01-cr-437-T-23TGW

## IMPRISONMENT

The defendant is committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **FOURTEEN (14) MONTHS**.

    X     The court makes the following recommendations to the Bureau of Prisons: **incarceration at the federal correctional center at Coleman, Florida.**

    X     The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.

                            _____
                                    UNITED STATES MARSHAL

                By _____
                                    DEPUTY UNITED STATES MARSHAL

DEFENDANT:     EDWARD ALVIN BRAYTON                              Judgment - Page 3 of 3
CASE NUMBER:   8:01-cr-437-T-23TGW

## SUPERVISED RELEASE

The court imposed no term of supervised release.